UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY JANE ROMERO,<br><br>      Plaintiff,<br><br>      v.<br><br>WILBUR L. ROSS, *United States Secretary of Commerce*,<br><br>      Defendant. | Civil Action No. 20-11973-LTS |

ORDER

November 6, 2020

SOROKIN, D.J.

*Pro se* plaintiff Mary Jane Romero has filed an employment discrimination complaint, a motion for leave to proceed *in forma pauperis*, and a motion for appointment of counsel. Upon review of these documents, the Court hereby orders:

1.    The motion for leave to proceed *in forma pauperis* is GRANTED.

2.    The Clerk shall issue a summons. Romero is responsible for ensuring that (a) the defendant is served with the summons, complaint, and this order; and (b) said service is executed in accordance with Rule 4 of the Federal Rules of Civil Procedure. Because the defendant is an official of the United States government, Romero must also provide a copy of the summons and complaint to the United States Attorney for the District of Massachusetts and the United States Attorney General. *See* Fed. R. Civ. P. 4(i).

3.      The aforesaid service must be completed within 90 days of the issuance of the summons.  Failure to complete service in a timely fashion may result in dismissal of the action without prior notice to the plaintiff.  *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

4.      Because Romero is proceeding *in forma pauperis*, she may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States.  If so asked by the plaintiff, the USMS shall serve the summons, complaint, and this order on the defendant as directed by the plaintiff.  Romero is responsible for providing the USMS all copies for service and for completing a USM-285 form.  The Clerk shall provide Romero with USM-285 forms and instructions for service by the USMS.

5.      The motion for appointment of counsel is DENIED without prejudice.  At this early stage of the case, the Court cannot determine whether the appointment of *pro bono* counsel is merited.  The plaintiff may file a renewed motion for counsel after the defendant has been served with responded to the complaint.

SO ORDERED.

 /s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE